JAMES MASCIA v. PATRICK ROBERT DEMARE.

September 17, 1985.

Petition for certification denied.

FRIENDS OF GOVERNOR TOM KEAN v. NEW JERSEY
ELECTION LAW ENFORCEMENT COMMISSION.

September 17, 1985.

Petition for certification granted. (See 203 *N.J.Super.* 523)

IN THE MATTER OF THE PETITION OF LEBOEUF, LAMB
AND MACRAE FOR REVIEW OF OPINION 558 OF THE
ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

September 17, 1985.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 558, entitled *Conflict of Interest—Letterhead: Interstate Partnership Listing All Members and Associates of Firm,* is granted, and the matter is summarily remanded to the Advisory Committee on Professional Ethics for reconsideration in the light of the arguments and issues presented in the papers filed in connection with the within petition.

Jurisdiction is not retained.